IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**H & R BLOCK EASTERN TAX SERVICES** and **HRB ROYALTY, INC.**    PLAINTIFFS

VS.    Case No. 04-CV-1036

**CLAY B. STEELE, et al.**    DEFENDANTS

### ORDER

Before the Court is Separate Defendant Clay B. Steele's Motion to Terminate Preliminary Injunction. (Doc. 49). The other parties have not filed a timely response, and the Court finds this motion ripe for consideration. On December 21, 2004, this Court entered a preliminary injunction enjoining Separate Defendant Clay B. Steele from competing with Plaintiffs within fifty (50) miles of El Dorado, Arkansas, in violation of Paragraph 14 of the Satellite Franchise Agreement. By its terms the two-year non-compete period of the Satellite Franchise Agreement expired on June 30, 2005.

The Court finds that the motion to terminate should be and hereby is **granted**, and the preliminary injunction enjoining Separate Defendant Clay B. Steele from competing with Plaintiffs within fifty (50) miles of El Dorado, Arkansas, in violation of Paragraph 14 of the Satellite Franchise Agreement should be and hereby is vacated and dissolved.

**IT IS SO ORDERED** this 16th day of November, 2005.

                                        /s/ Harry F. Barnes
                                        Hon. Harry F. Barnes
                                        U.S. District Judge